IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 07-01265-TUC-JGZ (BPV) |
| Plaintiff, | **ORDER** |
| vs. | |
| Gerald Thomas Hatten, | |
| Defendant. | |

On March 29, 2013, Magistrate Judge Bernardo P. Velasco filed a Report and Recommendation recommending that this Court grant Defendant's Motion to Terminate Supervised Release (Doc. 27) and Dismissing the Petition to Revoke Supervised Release (Doc. 20) and the Arrest Warrant (Doc. 21), both issued November 7, 2008.

This Court has conducted an independent review and consideration of the documents.

Accordingly, IT IS HEREBY ORDERED as follows:

(1) United States Magistrate Judge Velasco's Report and Recommendation (Doc. 28) is ACCEPTED AND ADOPTED.

(2) Defendant's Motion to Terminate Supervised Release (Doc. 27) is GRANTED.

(3) The Petition to Revoke Supervised Release (Doc. 20) is DISMISSED.

(4) The arrest warrant (Doc. 21) issued November 7, 2008 is QUASHED.

(3) Defendant's Motion to be Brought Before The Court for Imposition of Sentence On Supervised Release Violations (Doc. 24) is DENIED as MOOT.

DATED this 2nd day of April, 2013.

_____
Jennifer G. Zipps
United States District Judge

_____
Jennifer G. Zipps
United States District Judge